## SHIELDS v. COMMONWEALTH.

Court of Appeals of Kentucky.
April 24, 1953.

Motion to Set Aside Order Denied
June 11, 1953.

Lester & Riedinger and Lawrence Reidinger, Jr., Newport, for movant.

J. D. Buckman, Jr., Atty. Gen., and Zeb A. Stewart, Asst. Atty. Gen., opposed.

PER CURIAM.

We are of the opinion that the Judge of the Campbell Circuit Court had no jurisdiction of the case. Therefore, Shields had no basis for the plea of former jeopardy when he was placed on trial in the Kenton Circuit Court. 15 Am.Jur., Criminal Law, § 361, page 41.

The judgment of the Kenton Circuit Court is affirmed because that court had jurisdiction of the case. There was ample evidence to support the finding of the jury.